```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    HOT SPRINGS DIVISION
```

GARLAND and MANDI SCHLENKER,
Husband and Wife, and
KATHRYN DEJARNETTE                                PLAINTIFFS

v.                              CASE NO. 13-6018

HOLLY SELLS, STEVEN CRAIN,
CANE CREEK CONCRETE SERVICES,
INC.; COSTA BRAVA PROPERTY
OWNERS ASSOCIATION and SKY TAPP          DEFENDANTS

### **J U D G M E N T**

For the reasons set forth in the Order dated April 14, 2014 (doc. 40), Separate Defendants' Motion to Dismiss (doc. 26) is **GRANTED**, and Plaintiffs' Complaint is **DISMISSED**.

IT IS SO ORDERED this 25th day of April 2014.

                              */s/ Robert T. Dawson*
                              Honorable Robert T. Dawson
                              United States District Judge