```
             IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    HOT SPRINGS DIVISION


GARLAND and MANDI SCHLENKER,
Husband and Wife, and
KATHRYN DEJARNETTE                                  PLAINTIFFS


v.                        CASE NO. 13-6018


HOLLY SELLS, STEVEN CRAIN,
CANE CREEK CONCRETE SERVICES,
INC.; COSTA BRAVA PROPERTY
OWNERS ASSOCIATION and SKY TAPP                     DEFENDANTS
```

**ORDER**

Now before the Court is Plaintiffs' Motion to Alter or Amend (doc. 41). Plaintiffs ask the Court to reconsider its order of April 14, 2014 (doc. 40) dismissing Plaintiff's Complaint for lack of complete diversity of citizenship between Plaintiffs and Defendants. As the Court stated in its previous order, Plaintiffs failed to establish diversity jurisdiction by a preponderance of the evidence in their response to Defendants' jurisdictional challenge. Accordingly, Plaintiffs' Motion to Alter or Amend (doc. 41) is DENIED.

IT IS SO ORDERED this 25th day of April, 2014.

　　　　　　　　　　　　　　　　　　/s/ Robert T. Dawson
　　　　　　　　　　　　　　　　　　Honorable Robert T. Dawson
　　　　　　　　　　　　　　　　　　United States District Judge